```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 13341
   KIMBERLY A MILLER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-1088


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/08/05 and confirmed on 06/06/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  14400.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO OPERATIONS C | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED | 4481.24 | 179.22 | 4481.24 |
| BECKET & LEE LLP | UNSECURED | 3635.16 | .00 | 748.31 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1332.78 | .00 | 274.36 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6601.82 | .00 | 1359.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4742.95 | .00 | 976.36 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6409.75 | .00 | 1319.47 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6572.49 | .00 | 1352.98 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 281.71 | .00 | 57.99 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 798.73 | .00 | 164.42 |
| KOHLS | UNSECURED | 1332.00 | .00 | 274.20 |
| MARSHALL FIELD | UNSECURED | 862.14 | .00 | 177.48 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7354.93 | .00 | 1514.04 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 329.78 | .00 | 67.89 |
| ROUNDUP FUNDING LLC | UNSECURED | 1535.03 | .00 | 315.99 |
| WORLD FINANCIAL NETWORK | UNSECURED | 398.35 | .00 | 82.00 |
| CITIFINANCIAL AUTO | UNSECURED - C | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

```
         Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 4481.24 | .00 | 42187.62 | .00 | 46668.86 |
| PRINCIPAL PAID | 4481.24 | .00 | 8684.50 | .00 | 13165.74 |
| INTEREST PAID | 179.22 | .00 | .00 | .00 | 179.22 |
| TOTAL PAID | 4660.46 | .00 | 8684.50 | .00 | 13344.96 |

The Debtor's attorney, STUART B HANDELMAN                    , was allowed $    2646.50 and was paid $    2200.00   direct and $     446.50   through the plan.

The Trustee received $     608.54 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 07/18/08                         /S/
                                       GLENN STEARNS
                                     CHAPTER 13 TRUSTEE